UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HAKIMAH SHAHID-IKHLAS,

                Plaintiff,                          22 **CIVIL** 10643 (GWH)(SDA)

       -against-                          **JUDGMENT**

THE NEW YORK AND
PRESBYTERIAN HOSPITAL, INC.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated May 24, 2023, the Court accepts and adopts the Report & Recommendation in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York
         May 25, 2023

                                                    **RUBY J. KRAJICK**

                                                      _____
                                                         **Clerk of Court**

                    **BY:**    _____
                                                       **Deputy Clerk**